IN THE MATTER OF THE ESTATE
OF ANNA POSCHL, DECEASED.

Argued March 20, 1967—Decided March 27, 1967.

*Mr. Joseph T. Maloney* argued the cause for appellants.

*Mr. George S. Fischler* argued the cause for respondent (*Messrs. Clapp & Eisenberg,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed by Judge Larrabee in the Ocean County Court.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.